James E. DOUGHERTY et al.,
Plaintiffs-Appellees,

v.

CONTINENTAL OIL COMPANY,
Defendant-Appellant,

Truman Arnold Distributing Co., Inc.,
Genico Distributors, Inc., and Reed Distributing Co., Defendants-Appellants.

No. 77–2373.

United States Court of Appeals,
Fifth Circuit.

March 5, 1979.

John Feather, Dallas, Tex., for Genico Dist.

Eugene L. Lefler, Beaumont, Tex., for Reed Dist.

Edward Miller, Texarkana, Tex., for Truman Arnold Dist.

B. J. Bradshaw, William R. Pakalka, Jerry E. Smith, Louis S. Zimmerman, Edward R. Adwon, Robert M. Craft, Houston, Tex., W. F. Palmer, Marshall, Tex., for Continental Oil Co.

Jim Ammerman, Don Stokes, Marshall, Tex., Jack Price, Austin, Tex., Stephen D. Susman, Tex Lezar, Mandell & Wright, Houston, Tex., for plaintiffs-appellees.

Before GEWIN, GODBOLD and MORGAN, Circuit Judges.

BY THE COURT:

IT IS ORDERED that pursuant to the joint stipulation of all parties, the judgment entered on September 11, 1978, 579 F.2d 954, is VACATED and these appeals are DISMISSED, with prejudice, each party to bear his own costs of appeal.

James W. WILLETT,
Petitioner-Appellant,

v.

STATE OF GEORGIA,
Respondent-Appellee.

No. 77–1123.

United States Court of Appeals,
Fifth Circuit.

March 21, 1979.

Myron K. Allenstein, Gadsden, Ala., for petitioner-appellant.

Arthur K. Bolton, Atty. Gen., G. Stephen Parker, John C. Walden, Asst. Attys. Gen., Robert S. Stubbs, II, Executive Asst. Atty. Gen., Richard L. Chambers, 1st Asst. Atty. Gen., Atlanta, Ga., for respondent-appellee.

ON PETITION FOR REHEARING

Before THORNBERRY, GODBOLD and RUBIN, Circuit Judges.

PER CURIAM:

Petitioner correctly points out that his habeas corpus petition was "mixed" (containing both exhausted and unexhausted claims), that the district court reached the merits of the exhausted claim in which petitioner contended that his guilty plea was involuntary, and that therefore, pursuant to *Galtieri v. Wainwright,* 582 F.2d 348 (CA5, 1978) (en banc), we should review this claim.

The petition for rehearing is GRANTED and our opinion entered December 22, 1978, 586 F.2d 1080 and our judgment of affirmance are VACATED. The case is assigned to the oral argument calendar.